# Echevarria Law, PLLC

P.O. Box 1053
Warwick, New York 10990

Jennifer S. Echevarria, Esq.*          Jennifer@EchevarriaLawPLLC.com          (845) 544-7644
*Admitted in NY, NJ, CT

---

May 6, 2024

Hon. Cathy Seibel                    [Via ECF and email:
United States Courthouse              chambersnysdseibel@nysd.uscourts.gov]
300 Quarropas St.
White Plains, NY 10601-4150

    RE:    McCree v. The Country Club at Otterkill, LLC, *et al.*
            Case No.: 23-cv-06508 (CS)
            Seeking Court Approval of Settlement Agreement

Dear Judge Seibel:

The undersigned represents Plaintiff in the above referenced matter.

On April 29, 2024, Your Honor ordered that Plaintiff's counsel file a signed copy of the Settlement Agreement and her billing records for this case.

The proposed Settlement Agreement signed by Plaintiff is enclosed as Exhibit "A." Defendants' counsel advises that he will need until the end of the week to get his clients' signatures as one of them is currently out of state.

The billing records are enclosed as Exhibit "B."

We thank the Court for its consideration of this matter.

                                              Very truly yours,

                                              Jennifer S. Echevarria

Encs.

Cc:    Michael K. Burke, Esq. [via ECF and email: mburke@hwb-lawfirm.com]